Núm. 6927.—PUEBLO, apldo. *v.* MATTEI, aplte.—C. D. Ponce. ▮ Mayo 31, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, el acusado en este caso fué declarado culpable del delito de portar armas por la Corte de Distrito de Ponce;

POR CUANTO, los únicos errores levantados se refieren a la apreciación de la prueba e interpretación de la jurisprudencia;

POR CUANTO, no se ha demostrado pasión, prejuicio, o parcialidad por parte del juzgador al no darle crédito al testigo principal del acusado, ni al propio acusado, de cuyas declaraciones dependía enteramente la teoría de la defensa;

POR CUANTO, bajo estas circunstancias queda el caso cubierto por los principios enunciados en el de *El Pueblo de Puerto Rico* v. *José Marcano,* núm. 6875, resuelto el 11 de mayo de 1938;

POR TANTO, se confirma la sentencia de la corte inferior de fecha 18 de agosto de 1937.

Núm. 7105.—PUEBLO, apldo. *v.* RIBOT, aplte.—C. D. San Juan. ▮ Junio 2, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el caso con la asistencia de ambas partes, examinados los alegatos y la prueba de cargo y atendidas las circunstancias especiales del caso, así como la recomendación del fiscal de este Tribunal, se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en enero 17, 1938, por falta de prueba suficiente de la malicia como elemento esencial del delito de daños maliciosos. Véanse: *Pueblo* v. *Valdés*, 23 D.P.R. 713; *Pueblo* v. *Reyes*, 24 D.P.R. 168; *Brady* v. *State*, 26 S. W. 621; *State of North Dakota* v. *Moses Minor*, 117 N. W. 528; *State* v. *Rogue*, 132 N. W. 5; *May's Criminal Law*, **3ra.** ed. pág. 318, sec. 322.